FILED

AUG 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 14-35588 |
| Plaintiff - Appellee, | D.C. No. 1:10-cv-00621-EJL-REB<br>District of Idaho,<br>Boise |
| v. | |
| DONALD L. GILLISPIE, | ORDER |
| Defendant - Appellant, | |
| and | |
| ALTERNATE ENERGY HOLDINGS, INC.; et al., | |
| Defendants. | |

Before: Peter L. Shaw, Appellate Commissioner.

On August 6, 2014, this court granted appellant's motion for voluntary dismissal of this appeal. On August 21, 2014, appellant filed a motion for clarification stating that he plans to appeal certain of the district court's rulings after final disposition in the district court. The motion for clarification is denied. To the extent that appellant wishes to appeal certain of the district court's rulings, he shall file a new timely notice of appeal in the district court.

SM/Pro Se

This appeal remains closed.