C. Tom Arkoosh, ISB No. 2253
ARKOOSH LAW OFFICES
802 W. Bannock St., Suite 900
P.O. Box 2900
Boise, ID 83701
Telephone:  (208) 343-5105
Facsimile:  (208) 343-5456

*Attorneys for Alternate Energy Holdings, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>          v.<br><br>ALTERNATE ENERGY HOLDINGS, INC., DONALD L. GILLISPIE, and JENNIFER RANSOM,<br><br>               Defendants,<br><br>          and<br><br>BOSCO FINANCIAL, LLC, and ENERGY EXECUTIVE CONSULTING, LLC, and BLACK & LOBELLO, LLC,<br><br>               Relief Defendants. | Case No. 1:10-cv-621-EJL-REB<br><br>**MOTION TO STRIKE OR, IN THE ALTERNATIVE, REQUEST FOR ORAL ARGUMENT** |

COMES NOW the Defendant Alternate Energy Holdings, Inc. ("AEHI"), by and through

its counsel of record, C. Tom Arkoosh of Arkoosh Law Offices, and hereby respectfully moves

the Court to strike *Plaintiff Securities and Exchange Commission's Reply to Defendant AEHI's Opposition to Plaintiff's Motion for Final Judgment*, for the reason that the same was untimely filed. The Notice of Electronic Filing accompanying Defendant AEHI's *Memorandum in Opposition to Plaintiff Securities and Exchange Commission's Motion for Final Judgment as to Defendant Alternate Energy Holdings, Inc., and Donald L. Gillispie* (Dkt. No. 308) states that replies were due on January 15, 2015, while, in the *Joint Status Report in Response to Order of September 25, 2014* (Dkt. No. 297), the parties hereto stipulated that the Securities and Exchange Commission's ("SEC") replies to any responses would be due on January 20, 2015. The pleading that is the subject of this *Motion* was not filed until January 28, 2015 and is, thus, untimely and should be stricken.

In the alternative, AEHI requests oral argument or hearing to correct various statements made by the SEC that are misleading, incorrect, or untrue, such as:

| **Inaccurate Statement** | **Accurate Statement** |
| --- | --- |
| AEHI had *scienter*. | No evidence any participant except those under indictment participated in any wrongdoing. |
| All the $14 million were ill-gotten and misused. | Excepting the activities of Gillespie, the money was all spent for ordinary and necessary business expenses as set out in the *Declaration of Rick J. Bucci*. |
| All of the funds will not be deposited in the federal treasury. | Counsel represented to Judge Bush on January 9, 2013, that the money would be deposited in the federal treasury. |
| Only over the counter shareholders were included in the class action suit; private placement shareholders were not. | This is untrue. |

| | |
|---|---|
| AEHI has engaged in no business activity since Gillispie's departure in late 2012. | This is untrue. AEHI's current personnel has expended tremendous energy holding this company together for the shareholders in face of many challenges, not the least of which is the SEC and the lack of operating capital. |
| AEHI did not maintain the approvals it earlier obtained at the local level. | This is untrue. Through much work, it has maintained those approvals. |
| AEHI's current president does not live in Idaho. | This is untrue. |
| No disclosure of why cash is necessary to run AEHI or monetize it remaining hard assets. | It is misleading (or misguided) to suggest businesses operate without capital. |
| AEHI has burnt through $8 million since the last court appearance to line Gillespie's pockets. | The accounting provided in the *Declaration of Rick J. Bucci* belies this assumption. |

Respectfully submitted,

DATED this 3rd day of February, 2015.

/s/ C. Tom Arkoosh_____
C. Tom Arkoosh
E-mail: tom.arkoosh@arkoosh.com

Attorneys for Defendant Alternate Energy Holdings, Inc.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 3rd day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| David A Berman<br>bermand@sec.gov | Tracy L Davis<br>davistl@sec.gov |
|---|---|
| Susan F LaMarca<br>lamarcas@sec.gov | Robert L Tashjian<br>tashjianr@sec.gov |

*Attorneys for Securities and Exchange Commission*

| John Joseph Janis<br>johnjanis@aol.com<br><br>Richard H. Greener<br>rgreener@greenerlaw.com<br><br>*Attorneys for Energy Executive Consulting, LLC* | Jordan M Kam<br>jkam@rrothlaw.com<br><br>*Attorneys for Jennifer Ransom* |
|---|---|
| Rory R Jones<br>rjones@idalaw.com<br><br>*Attorneys for Black & LoBello, PLLC* | Charles F Peterson, Jr<br>chuck@petersonlawyers.com<br><br>*Attorneys for Bosco Financial, LLC and Jennifer Ransom* |

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via US MAIL and e-mail addressed as follows:

Donald L. Gillispie, Pro Se
8177 N. Stonebriar Lane
Meridian, ID 83646
westernnuclear@gmail.com

                                                     /s/ C. Tom Arkoosh_____
                                                     C. Tom Arkoosh