JINA CHOI (Admitted to N.Y. bar)
SUSAN F. LA MARCA (Admitted to Cal. bar)
    lamarcas@sec.gov
ROBERT L. TASHJIAN (Admitted to Cal. bar)
    tashjianr@sec.gov
DAVID A. BERMAN (Admitted to N.Y. bar)
    bermand@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ALTERNATE ENERGY HOLDINGS, INC., DONALD L. GILLISPIE, and JENNIFER RANSOM, <br><br> Defendants, <br><br> and <br><br> BOSCO FINANCIAL, LLC, ENERGY EXECUTIVE CONSULTING, LLC, and BLACK & LOBELLO LLC, <br><br> Relief Defendants. | Case No. 1:10-cv-621-EJL-REB <br><br> **DECLARATION OF SUSAN F. LA MARCA (IN SUPPORT OF SEC'S RESPONSE TO DEFENDANT AEHI'S MOTION TO STRIKE)** |

I, Susan F. LaMarca, declare as follows:

I am an attorney duly admitted to practice in the State of California. I am a trial attorney in the San Francisco Regional Office of the United States Securities and Exchange Commission (the "SEC" or the "Commission"), the plaintiff in the above-captioned matter. I am one of the attorneys who has primary responsibility for litigating this matter. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify as follows:

1.  On January 28, 2015, I caused the e-filing of the SEC's Reply brief in support of its Motion for Final Judgment to be completed. In completing this filing, I was relying on my own notes and memory of the appropriate timing. Unlike the majority of court deadlines, this particular deadline was set by the parties in early October 2014, in order to accommodate the defendants' request for a longer briefing schedule than would have been available under the Local Rules. In the parties' Joint Status Report to the Court, I had set forth the suggested due date for the Reply brief as January 20, 2015.

2.  However, in January 2015, I inadvertently recalled the date. As a consequence, I mistakenly filed the Reply on January 28, 2015. The failure was my own misrecollection of the correct date, and the operative basis (i.e., the parties' Joint Status Report). I was not relying on any other person's interpretation, nor was I interpreting any federal rule of procedure or local rule. I did not attempt to gain any advantage by filing on the incorrect date. Indeed, it would have been to the SEC's advantage, in my opinion, to have filed the brief earlier – even before the deadline established by the parties.

3.  I became aware that I had filed the brief on the incorrect date when I read defendant's Motion to Strike (Docket No. 315).

LA MARCA DECLARATION                 1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 13, 2015, in San Francisco, California.

                                           /s/ *Susan F. LaMarca*
                                           Susan F. LaMarca