Case: 1:10cv621        Document(s):   335

U.S. COURTS

DEC 2 8 2015

Rcvd_____ Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Donald L Gillispie
8177 N. Stonebriar Lane
Meridian, ID 83646

----------------------------------------------------------

**United States Courts**
James A. McClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724

**OFFICIAL BUSINESS**

BOISE ID 837

$00.70
ZIP 83724
011D11635

U.S. COURTS
DEC 28 2015
Rec'd _____ Filed _____ Time _____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

DEC 24 2015

FORWARD TIME EXP RTN TO SEND
GILLISPIE DONALD L
PO BOX 1658
MERIDIAN ID 83680-1658

RETURN TO SENDER