UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>v.<br><br>ALTERNATE ENERGY HOLDINGS, INC., et al.,<br><br>          Defendants and Relief Defendants. | Case No.  1:10-cv-621-EJL-REB<br><br>**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISMISS ALL CLAIMS AGAINST RELIEF DEFENDANT ENERGY EXECUTIVE CONSULTING, LLC** |

Plaintiff Securities and Exchange Commission ("Commission") has moved the Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), for an order granting leave to voluntarily dismiss without prejudice all claims in this action against Relief Defendant Energy Executive Consulting, LLC ("Energy Executive"), each party to bear its own costs. Having considered the Motion and the entire record herein, the Court finds that dismissal of the claims against Relief Defendant Energy Executive is proper under Rule 41(a)(2) for the reasons stated in the Commission's Motion and supporting Declaration of Judith L. Anderson. (Dkt. 341, 342.)

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to Dismiss All Claims in this action against Relief Defendant Energy Executive Without Prejudice (Dkt. 341) is **GRANTED** with each party to bear its own costs.

Dated: **January 10, 2017**

Honorable Edward J. Lodge
United States District Judge

- 1